UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TOMMIE SLACK,                                )
                                             )   No. CV-05-5062-JLQ
                                             )
              Plaintiff(s),                  )   **JUDGMENT IN A CIVIL CASE**
                                             )
         vs.                                 )
                                             )
RICHARD MORGAN, GINA PENROSE,                )
MS. MATHERSON, KEN JERGENSEN,                )
MS. BUTTICE, P. PROCTOR,                     )
MS. SCHETTLER and CLIFFORD PEASE,)
                                             )
              Defendants,                    )
_____)

This action came to hearing before the Court. The issues have been heard and

a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. 28 USC §§ 1915(e)(2) and 1915A(b)(1). Judgment is entered in favor of defendants and against plaintiff.


DATED: November 7, 2005            JAMES R. LARSEN, CLERK



                                   by    s/Linda Emerson
                                        Linda Emerson, Deputy Clerk


JUDGMENT IN A CIVIL CASE